FILED
SUPERIOR COURT
OF GUAM

2021 DEC 16 PM 12: 16

CLERK OF COURT

By:_____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **Criminal Case No. CF0298-19** |
| | GPD Report No. 19-14796 |
| **v.** | |
| | **DECISION AND ORDER** |
| **RINEXT RIOSEN,** | **GRANTING DEFENDANT'S MOTION** |
| DOB: 12/24/1980 | **FOR RECONSIDERATION** |
| | **OF ADMITTING BIRTH CERTIFICATE** |
| Defendant. | |

This matter came before the Honorable Alberto C. Lamorena, III on December 7, 2021 for hearing on Defendant Rinext Riosen's ("Defendant's") Motion for Reconsideration of Admitting Birth Certificate ("Motion"). Assistant Attorney General Sean Brown represents the People, and Terence Timblin represents Defendant.

Defendant is charged with Charge One: *Three Counts* of First Degree Criminal Sexual Conduct (as a 1st Degree Felony) with *Special Allegation: Vulnerable Victim*, and Charge Two: *Three Counts* of Second Degree Criminal Sexual Conduct (as a 1st Degree Felony) with *Special Allegation: Vulnerable Victim*. See Superseding Indictment (Feb. 19, 2021). Defendant is accused of sexually penetrating V.F. ("Victim"), a minor under 14 years old. Id. The Victim gave birth to a child, M.G.F. ("Child") on July 31, 2019, roughly nine months after the alleged sexual assault. See Magistrate's Complaint (May 24, 2019).

On May 28, 2021, the Court ruled that Child's birth certificate, listing Defendant as the father, was admissible as a hearsay exception. See Decision and Order Granting Defendant's Motion in Limine at 4 (May 28, 2021). An updated birth certificate no longer lists Defendant as the father, and Defendant asked the court to reconsider its decision.

Decision and Order Granting Defendant's Motion for Reconsideration of Admitting Birth Certificate
CF0298-19, *People of Guam v. Rinext Riosen*
Page 1 of 2

The People do not oppose the Defendant's motion, and agree that the birth certificate is no longer admissible since Defendant's name is removed. See Court Recording at 11:24:30 (Dec. 7, 2021).

For the reasons stated above, the Court **GRANTS** Defendant's Motion. The birth certificate is hereby excluded from evidence.

**IT IS SO ORDERED** this ___Dec. 16, 2021___ *nunc pro tunc* to December 7, 2021.



---
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:
___AGiTimblm___

Date: 12\1\21  Time: 12:20

Deputy Clerk, Superior Court of Guam

Decision and Order Granting Defendant's Motion for Reconsideration of Admitting Birth Certificate
CF0298-19, *People of Guam v. Rinext Riosen*
Page **2** of **2**